The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Private First Class Han Sol LEE,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.,<br><br>*Defendants*. | Case No. 2:18-cv-876 RSM<br><br>ORDER GRANTING STIPULATED MOTION AMENDING THE BRIEFING SCHEDULE ON DEFENDANTS' MOTION FOR A PROTECTIVE ORDER |

This matter came on for hearing upon the parties' Stipulated Motion Amending the Briefing Schedule on Defendants' Motion for a Protective Order. It is hereby ORDERED that the Stipulated Motion is GRANTED. Plaintiff's response to Defendants' Motion for a Protective Order is due September 17, 2018, and the noting date for the Motion is set for September 21, 2018.

DATED this 10 day of September 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER – 1
Case No. 2:18-cv-876-RSM

NORTHWEST IMMIGRANT RIGHTS PROJECT
**615 SECOND AVE., STE. 400**
**SEATTLE, WA 98104**
**TELEPHONE (206) 957- 8611**
**FAX (206) 587-4025**

Presented by:

s/ Matt Adams
Matt Adams, WSBA No. 28287
Northwest Immigrant Rights Project
615 Second Ave., Ste. 400
Seattle, WA 98122
Telephone: (206) 957-8611
Facsimile: (206) 587-4025
matt@nwirp.org

s/ Robert D. Friedman
Robert D. Friedman*
Nicolas Y. Riley*
Institute for Constitutional Advocacy and Protection
Georgetown University Law Center
600 New Jersey Ave. NW
Washington, D.C. 20001
Tel: 202-662-9042
Fax: 202-662-9248
nr537@georgetown.edu
rdf34@georgetown.edu

*Admitted *pro hac vice*

Attorneys for Plaintiff

*/s/* Sarah K. Morehead
SARAH K. MOREHEAD, WSBA #29680
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-7970
Fax: (206) 553-4073
Email: sarah.morehead@usdoj.gov

Attorney for Defendants

ORDER – 2
Case No. 2:18-cv-876-RSM

**NORTHWEST IMMIGRANT RIGHTS PROJECT**
**615 SECOND AVE., STE. 400**
**SEATTLE, WA 98104**
**TELEPHONE (206) 957- 8611**
**FAX (206) 587-4025**