UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HAN SOL LEE,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, ET AL.,<br><br>        Defendants. | Case No. 2:18-cv-00876-RSM<br><br><br>STIPULATED MOTION AND ORDER TO DISMISS |

## **JOINT STIPULATED MOTION**

The parties stipulate and agree that this matter is now resolved and this case can be dismissed with prejudice and without fees or costs to either party.

DATED this 19th day of September, 2018.

Respectfully submitted,

s/ Matt Adams
Matt Adams, WSBA No. 28287
Northwest Immigrant Rights Project
615 Second Ave., Ste. 400
Seattle, WA 98122
Telephone: (206) 957-8611

Facsimile: (206) 587-4025
matt@nwirp.org

s/ Robert D. Friedman
Robert D. Friedman*
Nicolas Y. Riley*
Institute for Constitutional Advocacy and Protection

STIPULATED MOTION AND ORDER TO DISMISS
[Case No. 2:18-cv-00876-RSM] - 1

**UNITED STATES ATTORNEY**
700 S<small>TEWART</small> S<small>TREET</small>, S<small>UITE</small> 5220
S<small>EATTLE</small>, W<small>ASHINGTON</small> 98101
(206) 553-7970

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | Georgetown University Law Center<br>600 New Jersey Ave. NW<br>Washington, D.C. 20001<br>Tel: 202-662-9042<br>Fax: 202-662-9248<br>nr537@georgetown.edu<br>rdf34@georgetown.edu<br><br>*Admitted pro hac vice<br><br>Attorneys for Plaintiff | ANNETTE L. HAYES<br>United States Attorney<br><br>s/ Sarah K. Morehead<br>SARAH K. MOREHEAD, WSBA No. 29680<br>Assistant United States Attorney<br>Western District of Washington<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: 206-553-7970<br>E-mail: sarah.morehead@usdoj.gov<br><br>Attorney for Defendants |

STIPULATED MOTION AND ORDER TO DISMISS
[Case No. 2:18-cv-00876-RSM] - 2

**UNITED STATES ATTORNEY**
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 1 | **ORDER** |
| 2 | IT IS SO ORDERED that this matter is dismissed with prejudice and without fees or |
| 3 | |
| 4 | costs to either party. |
| 5 | |
| 6 | Dated this 20th day of September 2018. |


# ORDER

IT IS SO ORDERED that this matter is dismissed with prejudice and without fees or costs to either party.

Dated this 20th day of September 2018.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER TO DISMISS
[Case No. 2:18-cv-00876-RSM] - 1

**UNITED STATES ATTORNEY**
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970